UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

JASPREET SINGH,

       Defendant.

24-CR-30-LJV-JJM
DECISION & ORDER

---

1.    On September 13, 2024, the defendant, Jaspreet Singh, pleaded guilty to count 1 of the information charging a violation of Title 18, United States Code, Section 1349 (conspiracy to commit wire fraud). Docket Item 30.

2.    On September 13, 2024, the Honorable Jeremiah J. McCarthy, United States Magistrate Judge, filed a Report & Recommendation recommending that the defendant's plea of guilty be accepted and that the defendant be adjudged guilty. Docket Item 32.

3.    This Court has not received objections to the Report & Recommendation in accordance with Title 28, United States Code, Section 636(b)(1), and Rule 59(b) of the Federal Rules of Criminal Procedure, and the time to object now has expired.

4.    This Court has carefully reviewed *de novo* Judge McCarthy's Report & Recommendation (Docket Item 32), the plea agreement (Docket Item 30), the information (Docket Item 29), a transcript of the plea proceeding (Docket Item 41), and the applicable law. This Court finds no legal or factual error in Judge McCarthy's Report & Recommendation and therefore adopts Judge McCarthy's recommendation that the

defendant's plea of guilty be accepted and that the defendant be adjudged guilty of count 1 of the information.

IT IS HEREBY ORDERED that this Court adopts Judge McCarthy's September 13, 2024 Report & Recommendation, Docket Item 32, in its entirety, including the authorities cited and the reasons given therein, and it is further

ORDERED that the Court accepts the defendant's plea of guilty and defers acceptance of the plea agreement pursuant to Sentencing Guidelines Section 6B1.1(c), and the defendant, Jaspreet Singh is now adjudged guilty under Title 18, United States Code, Section 1349.

SO ORDERED.

Dated:   November __8__, 2024
         Buffalo, New York

_____
LAWRENCE J. VILARDO
UNITED STATES DISTRICT JUDGE